IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                                                    CR No. 14-832 KG

MARTIN LLANTADA,

     Defendant.

<u>ORDER TO RESPOND</u>

This matter comes before the Court *sua sponte* on Defendant's Motion for Compassionate Release (Doc. 104). The Court will direct the United States to respond to Defendant's motion. The United States' response shall include relevant information regarding Defendant's medical records, disciplinary records, percentage of his sentence already served, projected release date, and documentation regarding whether he has requested compassionate release or home detention from the Bureau of Prisons or the warden of his current detention facility.

IT IS HEREBY ORDERED that the Clerk is directed to forward to the United States a copy of Defendant's motion together with a copy of this order;

IT IS FURTHER ORDERED that the United States shall respond to Defendant's Motion for Compassionate Release (Doc. 104) within fourteen (14) days of entry of this Order.

_____
UNITED STATES DISTRICT JUDGE